THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Tracey Clark,       
Appellant.
 
 
 

Appeal From Orangeburg County
Edward B. Cottingham, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-491
Submitted September 15, 2004  Filed 
 September 22, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Walter M. Bailey, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM: Tracey Clark appeals his conviction 
 for possession of marijuana with intent to distribute, arguing the trial court 
 erred by failing to suppress the evidence of drugs because the State failed 
 to use forms mandated by SLED to establish the chain of custody.  Pursuant to 
 Anders v. California, 386 U.S. 738 (1967), Clarks counsel attached a 
 petition to be relieved as counsel, stating she reviewed the record and concluded 
 this appeal lacks merit.  Clark filed a separate pro se brief, arguing 
 that a rational trier of fact could not have found him guilty of all essential 
 elements of the crime beyond a reasonable doubt.  After a thorough review of 
 the record and counsels brief pursuant to Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss [1] Clarks appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.